From: Rashid Alatraqchi  Monday August 12, 2013
447 Valencia Street, # 231
San Francisco, California 94103
Telephone 415-240-2262

Plaintiff Rashid Alatraqchi, SENT THIS LETTER TO ALL U.S.A. GOVERNMENT, he WRITING OF THIS LETTER TO COVER THE PONZI SCHEME PERPETRATED BY THESE UBER TECHNOLOGIES, INC., and/or ALL THESE OTHERS, for the UNLICENSED FRAUDULENT MONEY THEY MAKING TO BYPASS ALL LAWFUL RULING OF THE REGULATION!!!

To: ALL JUDGES of United State District Court
   Northern District of California, San Francisco Division
   450 Golden Gate Avenue, Courtroom F
   San Francisco, California 94102

   **ATTENETION: JUDGE JACK CORLEY**
   **And Clerk Courtroom F, Ms. Ada**



## COVER LETTER

To: President Barak Obama, First Lady Michelle Obama
c/o Mr. Mike Kelleher, Special Assistant to the President, and Director of Presidential Correspondence, 1600 Pennsylvania Avenue, N.W. Washington, D.C. 20500 ,Telephone 202-456-1414 ,Fax 202-456-2461

,
To: United States Department of Justice, Inspector General Glenn Fine,1425 New York Avenue, N.W., Suite 7100 ,Washington, D.C. 20530 Telephone 202-616-4760 ,Fax 202-616-9881

Regarding: **Rashid Alatraqchi v Uber Technologies, INC., Scott Munro**
   United States District Court Northern District of California
   San Francisco Division. Case No. **CV 13 3156**
   Superior Court Of California County of San Francisco
   Unlimited Jurisdiction Case No. **CGC-13-527887**

Include this letter Declaration of Plaintiff Rashid Alatraqchi Re: EX PARTE MOTION TO REMAND CASE BACKWARDS TO SAN FRANCISCO SUPERIOR COURT, Filed With United State District Court, Northern

District of California, on Friday August 9, 2013, San Francisco Division, Hearing Date August 15, 2013 at 9:00am. Please Note that because of the many and/or large number of these other offices that I Plaintiff Rashid have told to come to this Hearing, I DON'T WANT YOU GUYS IN THIS COURT TO POSTPONE IT, YOU GOTTA HEAR THIS HEARING THIS DATE AND TIME!!

PLEASE NOTICE: I have sent Copies of this Declaration to ALL OF THE OFFICES LISTED below, and/or have Requested that a representative from each office READ this Declaration and then Attend this Hearing so that they mighty monitor the proceeds and/or to Ensure that NO FUNNY BUSINESS!! These Uber guys they ALL ILLEGAL and/or FRAUDULENT, FAKE UNLICENSED TANSPORTATION and/or UNLICENSED DISPATCHERS for TANSPORTATION BUSINESSES and/or UNLICENSED LIMOUSINE TANSPORTATION SERVICES BUSINESSES and/or THEY PONZI SCHEMERS!! Plaintiff Rashid NOT PONZI SCHEMER!!!! These Uber guys they Call they self other Names also as well then they being the UberX, Uber Cab, Uber Limousine!! They these Uber guys DON"T care to Bother with the License from the San Francisco Municipal Transport Agents, the California Pubic Utilities Commissioners, the California Highways Patrol or ANY OTHER LICENSES, like a normal lawfully operation of the Business, whatever!! In they First Year these Uber guys they Collected over TWENTY MILLIONS OF DULLARDS, ($20,000,000.000) then they Kept for they self after Expensive they say over FIVE MILLIONS ($5,000,000.000)!!! ☺ They Smile Cause they CHARGED driver TWENTY PER CENTS EACH DULLARD OF MONEY for they ILLEGAL DISPATCH!! ☺

Also NOTICE: The Uber Technologies, Inc. is just the Start of this Illegalities! Others have Learned from Uber to do this Unlicensed, and Unregulated Fly-by-night operations!! These newer guys are then the First One is Lyft the Pink Moustaches, they Learn this Crooked ways from Ubers!! This Lyft the Pink Moustache is Owned and/or Operated by the MAYOR OF SAN FRANCISCO, Mr. Ed Lee and/or HIS DAUGHTER MILLISSA LEE!! She Work for GOOGLE FIRST, then they the Lees Learn from these Uber guys to do this Bad Fraudulent and/or Tax Evasion and/or Fee Ignorance Ponzi Schemes!! In the Lyft First Year of they Crooked Business they Collect Illegal EIGHTY THREE MILLIONS OF DULLARDS ($83,000,000.000) in they FIRST YEAR!! ☺ Then some Others they Follow them! Some these others to being Side Cars, Flywheel, and then the Innocent Cab!! These All Learn this from the First, Uber!! They ALL ILLEGAL and/or Ignore Laws!! Uber Unlicensed for Dispatch and they

Hire both these Driver and his cars! Then is your Lyft the Pink Moustaches, cause they also as well then to Illegal Dispatch then they Hire Both these Driver Plus that guy's Car! Side Car they Also Illegal to Dispatch and they again like these others they Hire Both of these Driver and His Cars! Then the Fly Wheel and/or Innocent Cabs they Illegal by Dispatch both them!! Then You better see this Now, ALL THESE CROOKS THEY DOING ILLEGAL DRIVING LIKE TAXICABS, but they NOT LICENSED, NOT SFMTA, NOT CALIFORNIA PUC, NOT HIGHWAY PATROL, NOT CALIFORNIA WORKER"S COMPENSATOIN INSURED!!

On Wednesday March 14, 2012, I plaintiff sent letter to State of California Of Industrial Relations, Division of Labor Standards Enforcement, and an employee of White House, President Barak Obama, Also United State Department of Justice, Inspector General, Glen Fine and/or his son Mr. Glenn Powell!! Please review and/or READ the March 14, 2013 letter in Your Files, then review and/or READ THIS LETTER, PLUS THE DECLARATION herein attached! I send Some Other letters to you guys that better be IN THESE FILES!! You better to READ them while You read these new things!! Then you gonna BE PREPARED for the Hearing when You Come Here!!

What WE need for a Conference is that ALL THESE GUYS come on August 15, 2013 at 9:00am!!! ALL these guys come herein to the Courtroom F, and see this thing with the Judge Jack Corley and/or All Defendants Uber Technologies, Inc., Scott Munro, they Attorneys guys, the Plaintiff Rashid Alatraqchi, ALL OTHER GOVERNMENT guys that I send Copies of these Papers towards they ALL GOTTA COME HEREIN!!! SEE IT FOR YOUSEF!!

PLEASE BE ADVISED OF THE FOLLOWING: I have been in contact and correspondence with the big White House in the big Washington, D.C. and/or with the President Mr. Barak Obama, the Inspector of Genitals of the United States Department of the Justice, Mr. Glenn Fine and/or his son Mr. Glenn Powell, who work at the same store, and with my United States Senators. They have told me Do not hesitate to contact our office if I might have any matters with which they might assist me! I now REQUEST that each of these offices that are Listed below herein they OPEN CASES and/or to INVESTIGATE these things I say above in this WRITING!! LOOK

HEREIN AND SEE IT FOR YOUSEF!!! I, Plaintiff Rashid Alatraqchi did Send LETTER to this guy Mayor Mr. Ed Lee regarding these Situation with the Uber Crooks and these Sidecar, Freewheel, and/or these Lyft your Pink Moustache then the Innocent Crabs guys! ALL THEM they CROOKS THEY NOT PAY THEY TAXES FOR THE TAXIS OR NOTHING!!! But then guess what, this Mayor guy Mr. Mayor Ed Lee he ALREADY KNOW IT!! He OWN LYFT!! HIS DAUGHTER SHE OWN THIS LYFT the Pink Moustaches!!! I Rashid did then Send for Delivery by Hand Job LETTER to all these Guys from the Governments in the big Washington, D.C.!! They all knowing and they keep the File On It!!! They Abusing the Business for the City and/or County of San Francisco and/or the State of California!! These City and/or State they Working Hardly for US!! We need to help them these City and/or State, to Pay More Money to the Good Guys these Judges in these Courts!!! These City and/or State they bigger and more better than these Franchises business and/or corporation illegal guys!!! We Demonstrated this In Fronting off the City Haul in the daylight hours when EVERY BODY SEE IT FOR YOUSEF!! This big shot Crook the Mayor guy this Mr. Ed Lee he DON'T DO NOTHING FOR IT!!! He laugh all the way to the Bank, then all the way to the slow boat to China!!! ☺

These FIRST TWO OFFICES were sent copies of these Documents VIA FAX Transmission:

To: President Barak Obama, First Lady Michelle Obama c/o Mr. Mike Kelleher, Special Assistant to the President, and Director of Presidential Correspondence, 1600 Pennsylvania Avenue, N.W. Washington, D.C. 20500 ,Telephone 202-456-1414, Fax 202-456-2461

To: United States Department of Justice, Inspector General Glenn Fine, 1425 New York Avenue, N.W., Suite 7100, Washington, D.C. 20530 Telephone 202-616-4760, Fax 202-616-9881

These other Offices were sent Copies of these Documents that were Personally Delivered by Hand Job Personally by the Plaintiff Rashid Alatraqchi:

To: Federal Bureau of Investigation,450 Golden Gate Avenue, 13th Floor San Francisco, California 94103 ,Telephone 415-553-7400, Fax 415-553-7674

To: Chief Mr. Greg Suhr, Chief of Police of the City of San Francisco,
850 Bryant Street # 525, San Francisco, California 94103,
Telephone 415- 553-1554,Fax 415-553-1551

To: State of California Highway Patrol,455 8th Street, San Francisco,
California 94103,Telephone 415-557-1094

To; Office of the District Attorney of San Francisco,850 Bryant Street # 301
San Francisco, California 94103,Telephone 415-553-141, Fax 415-553-1030

To: State of California Pubic Utilities Commission, 505 Van Ness Avenue
San Francisco, California 94102 ,Telephone 415-703-4673

To; San Francisco Municipal Transportation Agents

    ATTENTION: Ms. Christina Hayashi, Mr. Jarvis Murray, 1 South Van Ness Avenue, Seventh Floor, S an Francisco, California 94103-5417

Telephone 415-701-4400- 415-701-2311, Fax415-701-5337

To: State of California Department of Industrial Relations Division of Labor Standards Enforcement,455 Golden Gate Avenue 10th floor east
San Francisco, California 94103 ,Telephone 415-701-530 ,Fax 415-703-4130

To: State of California Department of Industrial Relations Division of Labor Standards Enforcement, Worker's Compensation Insurance
P.O. Box 429397 San Francisco, California 94142 Telephone 510-286-7067 ,Fax 510-286-7145

To: ALL JUDGES of the United States District Court, ATTENTION: Judge Jack Corley ,Northern District of California, San Francisco Division

450 Golden Gate Avenue, Courtroom F, San Francisco, California 94102

Personally Delivered by Rashid Alatraqchi by Hand Job as Follows:
To: Federal Bureau of Investigation, San Francisco Office

Rashid Alatraqchi 08-12-2013 2:30pm

Rashid Alatraqchi Signature Date Time

Personally Delivered by Rashid Alatraqchi by Hand Job as Follows:
To: Chief Mr. Greg Suhr, Chief of Police of the City of San Francisco

08-12-2013 1:20pm

Rashid Alatraqchi Signature Date Time

Personally Delivered by Rashid Alatraqchi by Hand Job as Follows:
To: State of California Highway Patrol, San Francisco Office

Rashid Alatraqchi 08-12-2013 1:35pm

Rashid Alatraqchi Signature Date Time

Personally Delivered by Rashid Alatraqchi by Hand Job as Follows:
To: Office of the District Attorney of San Francisco

Rashid Alatraqchi 08-12-2013 1:15pm

Rashid Alatraqchi Signature Date Time

Personally Delivered by Rashid Alatraqchi by Hand Job as Follows:
To: State of California Pubic Utilities Commission

_____   _____   _____
Rashid Alatraqchi    Signature                Date                Time
*(signed: Rashid Alatraqchi, 08-12-2013, 2:08 PM)*


Personally Delivered by Rashid Alatraqchi by Hand Job as Follows:
To: San Francisco Municipal Transportation Agents,

ATTENTION: Miss Christine Hayashi, Mr. Jarvis Murray.

_____   _____   _____
Rashid Alatraqchi    Signature                Date                Time
*(signed: Rashid Alatraqchi, 08-12-2013, 4:10 PM)*


Personally Delivered by Rashid Alatraqchi by Hand Job as Follows:
To: State of California Department of Industrial Relations, Division of Labor

Standards Enforcement

_____   _____   _____
Rashid Alatraqchi    Signature                Date                Time
*(signed: Rashid Alatraqchi, 08-12-2013, 3:30 PM)*


Personally Delivered by Rashid Alatraqchi by Hand Job as Follows:
To: State of California Department of Industrial Relations, Division of Labor
Standards Enforcement , Worker's Compensation Insurance

_____   _____   _____
Rashid Alatraqchi    Signature                Date                Time

Personally Delivered by Rashid Alatraqchi by Hand Job as Follows:
To: ALL JUDGES of the United States District Court, Northern District of California, San Francisco Division ,
ATTENETION: JUDGE JACK CORLEY, and Clerk Ms Ada.

_____   08-20-2013   2:20 PM
Rashid Alatraqchi   Signature                  Date          Time


Please notice this for all offices to Receive this Letter and/or Declaration: You better READ THESE DOCUMENTS FIRST! Then I am AWAITING for YOUR WRITTEN RESPONSES as soon as possible, if not sooner! Then I Plaintiff Rashid Alatraqchi EXPECT that EACH OF YOU OFFICES SEND A PERSON TO THIS HEARING I WRITE ABOUT YOU!!! At the herein Hearing is gonna Explaining ALL ABOUT these Uber guys, then all they Others the Crooks, and/or FRAUDULENT PERPETRATORS in these ILLEGAL PONZI SCHEMES!! I poor City Drivers, but most Specially poor Rashid, NOT PONZI SCHEME, just pansy scheme!! THEN YOU GONNA SEE IT FOR YOUSEF!!! Thank You for your Time and Attention to this Matter!! Have a Nice Day!


Thank You,

Plaintiff Rashit Alatraqchi
Monday August 12, 2013