| | |
|---|---|
| 1 | JOHN C. FISH, Jr., Bar No. 160620 |
| | jfish@littler.com |
| 2 | ANDREW M. SPURCHISE, Bar No. 245998 |
| | aspurchise@littler.com |
| 3 | EMILY E. O'CONNOR, Bar No. 279400 |
| | eoconnor@littler.com |
| 4 | LITTLER MENDELSON, P.C. |
| | 650 California Street |
| 5 | 20th Floor |
| | San Francisco, California 94108.2693 |
| 6 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 7 | |
| 8 | Attorneys for Defendants |
| | UBER TECHNOLOGIES, INC. AND SCOTT |
| | MUNRO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RASHID ALATRAQCHI, | Case No. C13-3156 JSC |
| Plaintiff, | **DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | |
| UBER TECHNOLOGIES, INC., SCOTT MUNRO AND DOES 1-50, | |
| Defendants. | |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANTS' RESPONSE TO OSC
REGARDING REMAND

Case No. C13-03156 JSC

Defendants UBER TECHNOLOGIES, INC. AND SCOTT MUNRO (collectively "Defendants") hereby submit their response to the Court's October 4, 2013 Order to Show Cause as to why this action should not be remanded to state court.

Defendants agree with the Court that Plaintiff's First Amended Complaint does not appear to allege any claims under federal law.

As the Court suggested following the August 22, 2013 hearing on Defendants' Motion to Dismiss, defense counsel attempted to meet and confer with Plaintiff regarding the First Amended Complaint but did not receive a response. It is Defendants' position that, notwithstanding the Court's Order Granting Defendants' Motion to Dismiss, the First Amended Complaint remains deficient in a number of respects. However, given that Defendants concede the absence of a significant federal question in the First Amended Complaint, but without waiving the right to challenge the sufficiency of Plaintiff's amended pleading in state court, Defendants consent to remand of this case to the Superior Court of California, County of San Francisco.

Dated: October 7, 2013

Respectfully submitted,

*/s/ Andrew M. Spurchise*
ANDREW M. SPURCHISE
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UBER TECHNOLGIES, INC. AND SCOTT MUNRO

Firmwide:123480506.1 073208.1011

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANTS' RESPONSE TO OSC REGARDING REMAND    2.    Case No. C13-03156 JSC

## CERTIFICATE OF SERVICE BY OVERNIGHT DELIVERY

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On October 7, 2013, I deposited with <u>FEDERAL EXPRESS</u>, a true and correct copy of the within documents:

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

in a sealed envelope, addressed as follows:

Rashid Alatraqchi
447 Valencia Street, Apt. 231
San Francisco, CA 94103
*Plaintiff in Pro Per*

Following ordinary business practices, the envelope was sealed and placed for collection by FEDERAL EXPRESS on this date, and would, in the ordinary course of business, be retrieved by FEDERAL EXPRESS for overnight delivery on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 7, 2013, at San Francisco, California.

Olivia Pearl Azevedo

Firmwide:123505331.1 073208.1011

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE

Case No. C 13-03156 JSC